# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROCKY NEIL BOICE, JR., ) | |
| ) | |
| Petitioner, ) | 3: 08-cv-00199-ECR-RAM |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| NSP, WARDEN BILL DONAT, *et al.,* ) | |
| ) | |
| Respondents. ) | |

This is a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 in which petitioner, a state prisoner, is represented by counsel. This case proceeds on the first amended petition filed December 19, 2008. (Docket #20.) On March 10, 2010, the court entered an order granting in part and denying in part respondents' motion to dismiss. (Docket #65.) The court dismissed grounds 8, 9 and 10 for lack of exhaustion and dismissed grounds 1(b) and 3 as time barred. *Id*.

On April 9, 2010, petitioner filed a motion for partial dismissal of his petition. (Docket #66.) On April 16, 2010, petitioner filed a formal declaration of abandonment of grounds 8, 9 and 10. (Docket #67.)

**IT IS THEREFORE ORDERED** that petitioner's motion for partial dismissal of unexhausted claims is **GRANTED**.  (Docket #66.)

**IT IS FURTHER ORDERED** that this case shall go forward without grounds 8, 9 and 10, and grounds 1(b) and 3.

**IT IS FURTHER ORDERED** that respondents shall file an answer to the remaining grounds for relief within thirty (30) days of the date of entry of this order.  Petitioner may file a reply thirty (30) days thereafter.

DATED this 26th day of July, 2010.

*Edward C. Reed.*
_____
UNITED STATES DISTRICT JUDGE