AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF   NEVADA

ROCKY NEIL BOICE, JR.,

      Petitioner,    JUDGMENT IN A CIVIL CASE
  V.

      CASE NUMBER:  **3:08-cv-00199-ECR-WGC**

NSP, WARDEN BILL DONAT, et al.,

      Respondents.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the first amended petition for a writ of habeas corpus (#20) is **DENIED IN ITS ENTIRETY**.
    **IT IS FURTHER ORDERED** that petitioner is **DENIED A CERTIFICATE OF APPEALABILITY.**

  September 27, 2011                           **LANCE S. WILSON**
                                                                              Clerk

                                                                    /s/ D. R. Morgan
                                                                         Deputy Clerk